UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** September 22, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **RHODES, JR., Richard Michael**
**Case No.: 5:20-CR-380-3BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On March 17, 2022, Richard Michael Rhodes, Jr. was convicted of Conspiracy to Distribute and Possession With the Intent to Distribute 100 Kilograms or More of Marijuana. Mr. Rhodes appeared in United States District Court for the Eastern District of North Carolina and received a term of imprisonment of Time Served, followed by 5 years of supervised release. He began supervision on March 17, 2022.

Mr. Rhodes has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he has had no new criminal charges. His case was evaluated as a low-risk supervision case, and he has been on our low-risk supervision program since October 13, 2022. All drug screens have been negative. Mr. Rhodes is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on March 16, 2027.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

- ☑ I agree with the recommendation and have signed the enclosed Order.
- ☐ I disagree with the recommendation. I will reconsider in one year.
- ☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_      9-24-24
Terrence W. Boyle      Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Crim. No. 5:20-CR-380-3BO

RICHARD MICHAEL RHODES, JR.

On March 17, 2022, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: September 22, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 24 day of Sept, 2024.

Terrence W. Boyle
United States District Judge